IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fortner, Maxell

Printed: 1/8/08

Case Number: 06 B 17109
Judge: Hollis, Pamela S
Filed: 12/24/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 26, 2007
Confirmed: March 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,400.00 |  |
| Secured: |  | 400.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 926.29 |
| Trustee Fee: |  | 73.71 |
| Other Funds: |  | 0.00 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 700.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,833.00 | 926.29 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | American General Finance | Secured | 2,680.08 | 400.00 |
| 7. | EMC Mortgage Corporation | Secured | 1,391.28 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 15,487.03 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 2,689.15 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 772.74 | 0.00 |
| 11. | Capital One | Unsecured | 368.71 | 0.00 |
| 12. | Nicor Gas | Unsecured | 1,787.41 | 0.00 |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Chase | Unsecured |  | No Claim Filed |
| 15. | Collection | Unsecured |  | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,709.40 | $ 1,326.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 15.13 |
| 5.4% | 58.58 |
|  | _____ |
|  | $ 73.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fortner, Maxell | Case Number:  06 B 17109 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  12/24/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

